**YI TAI SHAO, AKA Linda Yi Tai Shao, Plaintiff-Appellant,**

v.

**MCMANIS FAULKNER, LLP; et al., Defendants-Appellees.**

**No. 14-17063**

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 7, 2016

Yi Tai Shao, Pro Se

Janet L. Everson, Attorney, Murphy, Pearson, Bradley & Feeney, San Francisco, CA, for Defendants-Appellees

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM \*\*

Yi Tai Shao, AKA Linda Yi Tai Shao, appeals pro se from the district court's judgment dismissing her 42 U.S.C. § 1981 action alleging discrimination and state law claims in connection with a retainer agreement between Shao and defendants. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal on the basis of the statute of limitations. *Lukovsky v. City & County of San Francisco*, 535 F.3d 1044, 1047 (9th Cir. 2008). We affirm.

The district court properly dismissed Shao's § 1981 discrimination claim as time-barred because Shao failed to file her action within the applicable statute of limitations. *See* Cal. Civ. Proc. Code § 335.1 (two-year statute of limitations for personal injury actions); *Lukovsky*, 535 F.3d at 1048 & n.2 (recognizing that actions cognizable under the pre-1990 version of § 1981 remain subject to forum state's limitations period for personal injury torts).

The district court did not abuse its discretion by denying Shao's motion to disqualify the district court judge and the entire Northern District of California. *See United States v. Johnson*, 610 F.3d 1138, 1147–48 (9th Cir. 2010) (setting forth standard of review and standard for recusal).

We do not consider arguments or facts that were not presented to the district court. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999).

Shao's contentions that the district court failed to rule on a motion to strike and failed to comply with Federal Rule of Civil Procedure 58 are unpersuasive.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Shao's request for judicial notice, filed on October 8, 2015, is denied.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.